■ In the Matter of Arbitration between R. Pagnan & F.LLI., Respondent, and Louis Dreyfus Corporation et al., Respondents. In the Matter of the Arbitration between R. Pagnan & F.LLI., Respondent, and Fribesco S.A., et al., Appellants.—Order, Supreme Court, New York County, entered on January 3, 1977, unanimously affirmed on the opinion of Stecher, J., dated October 6, 1976; and the appeal from the judgment of said court entered on November 8. 1976, dismissed as academic. Respondents Pagnan and Dreyfus shall recover of appellant one bill of $40 costs and disbursements of these appeals. Concur—Murphy, P. J., Lupiano, Evans, Capozzoli and Markewich, JJ.

■ In the Matter of the Arbitration between Fribesco, S.A., Appellant, and Mitsui & Co. (U.S.A.), Inc., Respondent.—Judgment, Supreme court, New York County, entered on November 9, 1976, unanimously affirmed on the opinion of Stecher, J., dated October 6, 1976; and the order of said court entered on November 9, 1976, unanimously affirmed on the opinion of Stecher, J. and on the opinion of Stecher, J. in the companion proceeding of Matter of Pagnan & F.LLI. (Finagrain, S.A.). Respondent shall recover of appellant one bill of $40 costs and disbursements of these appeals. Concur— Murphy, P. J., Lupiano, Evans, Capozzoli and Markewich, JJ.